# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2240 ODW(VBKx) | Date | April 26, 2011 |
|---|---|---|---|
| Title | Kimberly Frazier v. The Proctor and Gamble U.S. Business Services Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement

The Court is in receipt of the Amended Notice of Settlement [33] filed April 21, 2011.The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 11, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for June 28, 2011 at 9:00 a.m. is VACATED, as are all other pretrial hearing dates and filing deadlines. Failure to finalize settlement will result in an immediate resetting of the Jury Trial with an accelerated schedule of pretrial hearing dates and filing deadlines.

Motion of Defendants the Proctor & Gamble Services Company and Target Corporation for Summary Judgment [27] (Filed 4/5/11) is VACATED WITHOUT PREJUDICE, as is the hearing scheduled for May 9, 2011 at 1:30 p.m.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |